1  **JAMES M. CHAVEZ**
   California State Bar No. 255766
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   james_chavez@fd.org
5
6  Attorneys for Mr. Almarez-Campos
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,       )    Case No. 08mj2439
                                   )
12           Plaintiff,             )
                                   )
13 v.                              )
                                   )    **NOTICE OF APPEARANCE**
14 **HECTOR ALMAREZ-CAMPOS,**      )
                                   )
15           Defendant.            )
                                   )
16
17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.
20                                      Respectfully submitted,
21 Dated: August 12, 2008             *s/ James M. Chavez*
                                      Federal Defenders of San Diego, Inc.
22                                    *james_chavez@fd.org*
23
24
25
26
27
28

1 **JAMES M. CHAVEZ**
California State Bar No. PENDING
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
james_chavez@fd.org
5

6 Attorneys for Mr. Almarez-Campos

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )   Case No. 08mj2439
                                     )
12           Plaintiff,               )
                                     )
13 v.                                )   **PROOF OF SERVICE**
                                     )
14 **HECTOR ALMAREZ-CAMPOS**,         )
                                     )
15           Defendant.               )
                                     )
16

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

18 of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

19 day upon:

20        ASSISTANT UNITED STATES ATTORNEY
          Efile.dkt.gc1@usdoj.gov
21

22 Dated: August 12, 2008                        s/ *James M. Chavez*
                                                 JAMES M. CHAVEZ
23                                               Federal Defenders of San Diego, Inc.,
                                                 225 Broadway, Suite 900
24                                               San Diego, CA 92101-5030
                                                 (619) 234-8467  (tel)
25                                               (619) 687-2666  (fax)
                                                 e-mail: james_chavez@fd.org
26

27

28